[No. 7264–1–I. Division One. February 19, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. LEIF ERIC
LARSON, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 87344, Stanley C. Soderland, J., entered January 16, 1979. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by James and Swanson, JJ.